# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D18-4542

—————————————————

KIRKLYNN FERRELL,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

—————————————————

On appeal from the Circuit Court for Gadsden County.
Barbara K. Hobbs, Judge.

July 22, 2019

PER CURIAM.

   AFFIRMED.

WOLF, ROBERTS, and JAY, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

Kirklynn Ferrell, pro se, Appellant.

Ashley Moody, Attorney General, and Michael McDermott, Senior Assistant Attorney General, Tallahassee, for Appellee.